John C. Theiss, WSBA #24488
**TRUSS FABER PC**
1126 34th Avenue, Suite 312
Seattle, WA 98122
Telephone: (206) 752-8255
Facsimile: (833) 422-0237

# IN UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SKYBELL TECHNOLOGIES, INC., a Nevada corporation, and<br><br>ALARM.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:23-cv-00237-SAB<br><br>**STIPULATED MOTION TO EXTEND THE TIME FOR SKYBELL AND ALARM.COM TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>**Without Oral Argument 1/11/2024** |

Plaintiff Key Tronic Corporation ("Key Tronic") respectfully requests, with the consent of all parties, that the Court extend the time for SkyBell Technologies, Inc., and Alarm.com, Inc., to file an answer or otherwise respond to the Second Amended Complaint, ECF No. 28, to January 19, 2024, so that the parties may reach a settlement. This extension of time shall not affect any other deadlines in this case.

On August 18, 2023, Plaintiff filed a complaint against Defendant SkyBell Technologies, Inc. ("SkyBell") for breach of contract, breach of the duty of good faith and fair dealing, breach of contractual duty to indemnify, and promissory estoppel. ECF No. 1. On September 19, 2023, Plaintiff filed its First Amended Complaint,

STIPULATED MOTION TO EXTEND THE TIME FOR SKYBELL AND ALARM.COM TO RESPOND TO THE SECOND AMENDED COMPLAINT

\TRUSSFABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237

1

adding Alarm.com as a Defendant. ECF No. 7. Defendants Alarm.com and SkyBell were served with the summons and complaint on September 20 and 21, 2023, respectively, and proof of service was returned as executed for both Defendants. ECF Nos. 9, 10. On December 13, 2023, Plaintiff filed a Second Amended Complaint, to add additional allegations and to include a claim for tortious interference against Alarm.com. ECF No. 28. The Complaint alleges that the parties entered into contracts for Key Tronic to manufacture SkyBell's video doorbells for various SkyBell customers, including Alarm.com. Under the parties' contracts, SkyBell agreed to purchase certain manufactured and delivered products, as well as "Aged Inventory" that the Defendants did not take delivery of and remained in Key Tronic's possession, whereas Alarm.com agreed to pay for Aged Inventory and related costs. As of the date of this filing, Defendant SkyBell has not filed an appearance.

      Plaintiff Key Tronic has now agreed to extend the time for SkyBell and Alarm.com to file an answer or otherwise respond to the Second Amended Complaint to January 19, 2024. Counsel for all parties have agreed. Plaintiff has conferred with all parties on this Motion, and all parties consent to the Motion. The Court has the authority to issue the proposed Order under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and under its inherent authority to manage its docket. A Proposed Order is attached as Exhibit A to this Motion.

STIPULATED MOTION TO EXTEND THE TIME FOR
SKYBELL AND ALARM.COM TO RESPOND TO
THE SECOND AMENDED COMPLAINT

\TRUSS FABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237

2

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Dated: January 9, 2024. |
| 4 |                     **TRUSS** FABER PC |
| 5 | |
| 6 | By */s/John C. Theiss*<br>John C. Theiss, WSBA No. 24488 |
| 7 | Steven P. Vaughn, IL Bar No. 6327728<br>1126 34th Avenue, Ste. 312 |
| 8 | Seattle, WA 98122<br>Phone: (206) 752-8255 |
| 9 | Facsimile: (833) 422-0237<br>Email: john@trussfaber.com |
| 10 | Email: steven@trussfaber.com |
| 11 | ***Attorneys for Plaintiff Key Tronic Corporation*** |

STIPULATED MOTION TO EXTEND THE TIME FOR
SKYBELL AND ALARM.COM TO RESPOND TO
THE SECOND AMENDED COMPLAINT

TRUSS FABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237

3