# IN UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>Plaintiff,<br>vs.<br><br>SKYBELL TECHNOLOGIES, INC., a Nevada corporation, and ALARM.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:23-cv-00237-SAB<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME FOR SKYBELL AND ALARM.COM TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>Hon. Chief Judge Stanley A. Bastian |

The Court, having considered the Stipulated Motion to Extend the Time for SkyBell and Alarm.com to Respond to the Second Amended Complaint, hereby GRANTS the Motion.

DATED this _____ day of January, 2024.

_____
THE HONORABLE STANLEY A. BASTIAN

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME FOR SKYBELL AND ALARM.COM TO RESPOND TO THE SECOND AMENDED COMPLAINT

1
2
3
4   Presented by:
5
6                                    **TRUSS** FABER PC
7
8   By */s/John C. Theiss*
    John C. Theiss, WSBA No. 24488
9   Steven P. Vaughn, IL Bar No. 6327728
    1126 34th Avenue, Ste. 312
10  Seattle, WA 98122
    Phone: (206) 752-8255
11  Facsimile: (833) 422-0237
    Email: john@trussfaber.com
12  Email: steven@trussfaber.com
13  ***Attorneys for Plaintiff Key Tronic Corporation***
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
EXTEND THE TIME FOR SKYBELL AND ALARM.COM TO RESPOND
TO THE SECOND AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused a copy of the foregoing document, [PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME FOR SKYBELL AND ALARM.COM TO RESPOND TO THE SECOND AMENDED COMPLAINT, to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

Gwendolyn C. Payton
John R. Neeleman
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
gpayton@kilpatricktownsend.com
jneeleman@kilpatricktownsend.com

Dated: January 9, 2024.

**TRUSS FABER PC**

By */s/John C. Theiss*
John C. Theiss, WSBA No. 24488
Steven P. Vaughn, IL Bar No. 6327728
1126 34th Avenue, Ste. 312
Seattle, WA 98122
Phone: (206) 752-8255
Facsimile: (833) 422-0237
john@trussfaber.com
steven@trussfaber.com
***Attorneys for Plaintiff Key Tronic Corporation***

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
EXTEND THE TIME FOR SKYBELL AND ALARM.COM TO RESPOND
TO THE SECOND AMENDED COMPLAINT

TRUSS FABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237

3