John C. Theiss, WSBA #24488  
**TRUSS** FABER **PC**  
1126 34th Avenue, Suite 312  
Seattle, WA 98122  
Telephone: (206) 752-8255  
Facsimile: (833) 422-0237  

JUDGE STANLEY A. BASTIAN

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SKYBELL TECHNOLOGIES, INC., a Nevada corporation, and ALARM.COM, a Delaware corporation,<br><br>Defendants. | Case No. 2:23-cv-00237-SAB<br><br>MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALARM.COM<br><br><br><br>Without Oral Argument |

Under Rule 55 of the Federal Rules of Civil Procedure and Local Civil Rule 55, Plaintiff Key Tronic Corporation ("Key Tronic") respectfully moves this court for an entry of default against Alarm.com, Inc. ("Alarm.com"). Attached as Exhibit 1 is the declaration of counsel for Key Tronic, Steven P. Vaughn.

Plaintiff Key Tronic Corporation filed its Complaint for Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Indemnification, and Promissory Estoppel against Defendant SkyBell Technologies, Inc. on August 18, 2023. ECF No. 1. SkyBell was served with the summons and complaint on August

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALARM.COM — 1

TRUSS FABER  
1126 34th Avenue, Suite 312  
Seattle, WA 98122  
Tel: (206) 752-8255  
Fax: (833) 422-0237

31, 2023. ECF No. 11.

On September 19, 2023, Key Tronic filed its First Amended Complaint, adding Defendant Alarm.com. ECF No. 7. Defendant Alarm.com was served with the First Amended Complaint on September 20, 2023. ECF No. 9. Defendant SkyBell was served with the First Amended Complaint on September 21, 2023. ECF No. 10.

Defendant Alarm.com filed Notices of Appearance on September 29 and October 10, 2023. ECF Nos. 12, 13.

On December 13, 2023, Key Tronic filed its Second Amended Complaint, adding additional factual allegations against both parties and adding a tortious interference claim against Defendant Alarm.com. ECF No. 28. Defendant Alarm.com was served with the summons and Second Amended Complaint on December 19, 2023. ECF No. 33. Defendant SkyBell was served with the summons and Second Amended Complaint on December 21, 2023. ECF No. 32; *see* Decl. of Steven P. Vaughn.

On January 5, 2024, Plaintiff notified Alarm.com by letter pursuant to Local Civil Rule 55 that Plaintiff intended to seek an entry of default. *See* Decl. of Steven P. Vaughn.

On January 9, 2024, Plaintiff filed a Stipulated Motion to Extend the Time for SkyBell and Alarm.com to Respond to the Second Amended Complaint, to January 19, 2024, while the parties engaged in settlement discussions. ECF No. 34. The Court granted that motion on January 11, 2024, ordering that "Defendants may respond to Plaintiff's Second Amended Complaint no later than January 19, 2024."

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALARM.COM    2

TRUSS FABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237

ECF No. 35.

Pursuant to Local Civil Rule 55, Key Tronic respectfully moves this Court for an entry of default against Defendant Alarm.com. Local Rule 55 provides: "Upon motion, the Clerk of Court shall enter the default of any party against whom a judgment for affirmative relief is sought and who has failed to plead or otherwise defend." L. Civ. R. 55. Defendant Alarm.com had until January 19, 2024, per the Court's January 11 Order, ECF No. 35, to respond to Plaintiff's Second Amended Complaint. As of the filing of this motion, Defendant Alarm.com has not responded to the Second Amended Complaint.

Dated: January 22, 2024.

**TRUSS** FABER PC

By */s/John C. Theiss*
John C. Theiss, WSBA No. 24488
Steven P. Vaughn, IL Bar No. 6327728
1126 34th Avenue, Ste. 312
Seattle, WA 98122
Phone: (206) 752-8255
Facsimile: (833) 422-0237
Email: john@trussfaber.com
Email: steven@trussfaber.com
***Attorneys for Plaintiff Key Tronic Corporation***

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALARM.COM    3

TRUSS FABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237

# CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused a copy of the foregoing document, MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALARM.COM, to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

Gwendolyn C. Payton
John R. Neeleman
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
gpayton@kilpatricktownsend.com
jneeleman@kilpatricktownsend.com

Dated: January 22, 2024.

**TRUSS** FABER PC

By */s/John C. Theiss*
John C. Theiss, WSBA No. 24488
Steven P. Vaughn, IL Bar No. 6327728
1126 34th Avenue, Ste. 312
Seattle, WA 98122
Phone: (206) 752-8255
Facsimile: (833) 422-0237
john@trussfaber.com
steven@trussfaber.com
***Attorneys for Plaintiff Key Tronic Corporation***

MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALARM.COM    4

TRUSS FABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237