## IN UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>Plaintiff,<br>vs.<br><br>SKYBELL TECHNOLOGIES, INC., a Nevada corporation, and ALARM.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:23-cv-00237-SAB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALARM.COM**<br><br>Hon. Chief Judge Stanley A. Bastian |

The Court, having considered Plaintiff Key Tronic Corporation's Motion for Entry of Default Against Alarm.com, hereby GRANTS the Motion.

DATED this _____ day of January, 2024.

_____
THE HONORABLE STANLEY A. BASTIAN

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALARM.COM

1

TRUSS FABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237

1
2
3
4
5   Presented by:
6
7                                    **TRUSS** FABER PC
8
9                                    By */s/John C. Theiss*
                                     John C. Theiss, WSBA No. 24488
10                                   Steven P. Vaughn, IL Bar No. 6327728
                                     1126 34th Avenue, Ste. 312
11                                   Seattle, WA 98122
                                     Phone: (206) 752-8255
12                                   Facsimile: (833) 422-0237
                                     Email: john@trussfaber.com
13                                   Email: steven@trussfaber.com
                                     ***Attorneys for Plaintiff Key Tronic Corporation***
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALARM.COM        2

\TRUSSFABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused a copy of the foregoing document, [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALARM.COM, to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

Gwendolyn C. Payton
John R. Neeleman
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
gpayton@kilpatricktownsend.com
jneeleman@kilpatricktownsend.com

Dated: January 22, 2024.

**TRUSS** FABER PC

By /s/John C. Theiss
John C. Theiss, WSBA No. 24488
Steven P. Vaughn, IL Bar No. 6327728
1126 34th Avenue, Ste. 312
Seattle, WA 98122
Phone: (206) 752-8255
Facsimile: (833) 422-0237
john@trussfaber.com
steven@trussfaber.com
***Attorneys for Plaintiff Key Tronic Corporation***

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALARM.COM    3

TRUSS FABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237