John C. Theiss, WSBA #24488
TRUSS FABER PC
1126 34th Avenue, Suite 312
Seattle, WA 98122
Telephone: (206) 752-8255
Facsimile: (833) 422-0237

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>Plaintiff,<br>vs.<br><br>SKYBELL TECHNOLOGIES, INC., a Nevada corporation, and<br><br>ALARM.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:23-cv-00237-SAB<br><br>STIPULATION OF DISMISSAL |

Plaintiff Key Tronic Corporation ("Key Tronic") and Defendant Alarm.com, Inc. ("Alarm.com"), hereby file this Stipulation of Dismissal with prejudice of Key Tronic's claims against Alarm.com. Under Rule 41 of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant Alarm.com has appeared, ECF Nos. 12, 13, and filed an answer, ECF No. 37. Accordingly, Plaintiff voluntarily dismisses its claims against Alarm.com with prejudice.

STIPULATION OF DISMISSAL

1

TRUSS FABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237

Dated: May 14, 2024

        TRUSS FABER PC

        By /s/ John C. Theiss
        John C. Theiss, WSBA No. 24488
        Steven P. Vaughn, IL Bar No. 6327728
        1126 34th Avenue, Suite 312
        Seattle, WA 98122
        Phone: (206) 752-8255
        Facsimile: (833) 422-0237
        Email: john@trussfaber.com
        Email: steven@trussfaber.com
        Attorneys for Plaintiff Key Tronic Corporation


        KILPATRICK TOWNSEND & STOCKTON LLP

        By /s/ Gwendolyn C. Payton
        Gwendolyn C. Payton, WSBA No. 26752
        John R. Neeleman, WSBA No. 19752
        1420 Fifth Avenue, Suite 3700
        Seattle, WA 98101
        Phone: (206) 626-7714
        Facsimile: (206) 623-6793
        gpayton@kilpatricktownsend.com
        jneeleman@kilpatricktownsend.com
        Counsel for Defendant Alarm.com, Incorporated

STIPULATION OF DISMISSAL

2

TRUSS FABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused a copy of the foregoing document, STIPULATION OF DISMISSAL, to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

Gwendolyn C. Payton
John R. Neeleman
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
gpayton@kilpatricktownsend.com
jneeleman@kilpatricktownsend.com

Dated: May 14, 2024

TRUSS FABER PC

By /s/John C. Theiss
John C. Theiss, WSBA No. 24488
Steven P. Vaughn, IL Bar No. 6327728
1126 34th Avenue, Ste. 312
Seattle, WA 98122
Phone: (206) 752-8255
Facsimile: (833) 422-0237
john@trussfaber.com
steven@trussfaber.com
Attorneys for Plaintiff Key Tronic Corporation

STIPULATION OF DISMISSAL

3

TRUSS FABER
1126 34th Avenue, Suite 312
Seattle, WA 98122
Tel: (206) 752-8255
Fax: (833) 422-0237