FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SKYBELL TECHNOLOGIES, INC., a Nevada corporation, and ALARM.COM, INC., a Delaware corporation,<br><br>　　　　Defendants. | No. 2:23-CV-00237-SAB<br><br>**ORDER DISMISSING CLAIMS AGAINST ALARM.COM** |

　　　Before the Court is Plaintiff's Notice of Dismissal, ECF No. 55, and Defendant Alarm.com's Stipulation of Dismissal, ECF No. 56. Plaintiff is represented by Steven P. Vaughn and John C. Theiss. Defendant Alarm.com is represented by Gwendolyn Payton and John R. Neeleman. Defendant SkyBell Technologies Inc. has not appeared.

　　　Plaintiff informs the Court that they voluntarily dismiss this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure against Defendant Alarm.com. Being fully informed, the Court confirms Plaintiff's dismissal.

//

//

//

**ORDER DISMISSING CLAIMS AGAINST ALARM.COM** # 1

Accordingly, **IT IS HEREBY ORDERED**:

1. In accordance with Plaintiff's voluntary dismissal pursuant Rule 41(a), the claims against Defendant Alarm.com are **DISMISSED with prejudice**.

2. The action against Defendant Alarm.com is dismissed **without costs or attorneys' fees to any party**.

3. Only the claims against Defendant SkyBell, who has not yet appeared, remain.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **terminate** Alarm.com as a Defendant.

**DATED** this 15th day of May 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CLAIMS AGAINST ALARM.COM # 2**