FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYBELL TECHNOLOGIES, INC., a Nevada corporation, and ALARM.COM, INC., a Delaware corporation,<br><br>    Defendants. | No. 2:23-CV-00237-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

    Before the Court is Plaintiff's Notice of Dismissal, ECF No. 55, and Defendant Alarm.com's Stipulation of Dismissal, ECF No. 56. Plaintiff is represented by Steven P. Vaughn and John C. Theiss. Defendant Alarm.com is represented by Gwendolyn Payton and John R. Neeleman. Defendant SkyBell Technologies Inc. has not appeared.

    The parties move the Court to dismiss the above-mentioned matter with prejudice and without costs to either party. The Court previously omitted Plaintiff's voluntary dismissal against Defendant SkyBell in its Order at ECF No. 57. Being fully informed, the Court grants the motion and dismisses this action.

//

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Dismissal, ECF No. 55, is **GRANTED**.

2. Pursuant to Local Civil Rule 41(a)(1)(A)(i), the above-captioned action is **DISMISSED with prejudice** without costs or attorneys' fees to any party.

3. All claims against Defendant SkyBell are **DISMISSED with prejudice**.

4. All pending motions are **DISMISSED as moot**.

5. The Jury Trial set for February 18, 2025, and all associated deadlines, are **STRICKEN**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 29th day of May 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**